UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| TIMOTHY DIETZ,<br><br>    Plaintiff,<br><br>    v.<br><br>MIDLAND CREDIT MANAGEMENT INC.,<br><br>    Defendant. | Case No.<br><br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441** |

PLEASE TAKE NOTICE THAT defendant Midland Credit Management, Inc. ("MCM") hereby removes to this court the state court action described below.

1. This is a civil action over which the court has original jurisdiction under 28 U.S.C. § 1331, and which may be removed to this court under 28 U.S.C. §1441(a), because it involves a claim under the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq* ("TCPA"). *See Mims v. Arrow Financial Services, LLC*, 132 S. Ct. 740 (2012).

2. A copy of the complaint filed by plaintiff in the Cowlitz County District Court, Small Claims Department, case no. 14 S 220, is attached as Exhibit 1.

3. This Notice of Removal is timely because MCM purportedly was served (if at all) on September 29, 2014. *See* Exhibit 2 (Corporation Service Company's "Notice of Service of Process").

---

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441** - Page 1

2153544.doc

**COSGRAVE VERGEER KESTER LLP**
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, OR 97204
(503) 323-9000

4. Venue is proper in this district because it is the district embracing the place where the action is pending. See 28 U.S.C. §1441(a).

5. No further proceedings have occurred in the state court action.

6. MCM notes that another action involving the same parties and the same claim is already pending in this court – case number 3:14-cv-05114-RBL. Despite the pendency of that action, the *pro se* plaintiff improperly attempted to file a new action against MCM in the Cowlitz County District Court, Small Claims Department. After the new action is removed to this court, MCM will move to consolidate it with the already pending action and/or otherwise seek to dispose of it as a separate action.

7. In filing this notice, MCM does not waive any defenses or claims including (but not limited to) any defenses based on jurisdiction, service or statute of limitations.

DATED: October 21, 2014

COSGRAVE VERGEER KESTER LLP


*/s/Robert E.Sabido*
Robert E. Sabido, WSBA No. 29170
rsabido@cosgravelaw.com
888 SW Fifth Avenue, Suite 500
Portland, OR 97204
Telephone: (503) 323-9000
Fax: (503) 323-9019

Attorneys for Defendant

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441** - Page 2

2153544.doc

COSGRAVE VERGEER KESTER LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, OR 97204
(503) 323-9000

## CERTIFICATE OF SERVICE

I hereby declare under penalty of perjury that I served a true and correct copy of the foregoing **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)** on the date indicated below by:

- ☐ electronic mail,
- ☒ mail with postage prepaid, deposited in the US mail at Portland, Oregon,
- ☐ hand delivery,
- ☐ facsimile transmission,
- ☐ overnight delivery,

I further certify that said copy was placed in a sealed envelope delivered as indicated above and addressed to plaintiff at the address listed below:

Timothy Dietz
3501 S 38th St. #Y69
Tacoma, WA 98409
Plaintiff *Pro Se*

DATED: October 21, 2014

/s/Robert E. Sabido
Robert E. Sabido

**CERTIFICATE OF SERVICE -** Page 1

2153544.doc

COSGRAVE VERGEER KESTER LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, OR 97204
(503) 323-9000