**IN THE SMALL CLAIMS DEPARTMENT OF**
**COWLITZ COUNTY DISTRICT COURT**

SMALL CLAIM NUMBER: 14 s 220

FILED
SEP 23 2014
COWLITZ COUNTY
DISTRICT COURT

| Plaintiff | Defendant |
|---|---|
| TIMOTHY J DIETZ | MIDLAND CREDIT MANAGEMENT, INC. |
| Address: 3501 38TH ST #169 | Address: 300 DESCHUTES WAY SW STE 304 |
| City: TACOMA   State: WA | City: TUMWATER   State: WA |
| Zip Code: 98409   Phone: 360-442-9832 | Zip Code: 98501   Phone: 877-240-2377 |

**CLAIM**

___TIMOTHY J. DIETZ___, Plaintiff, has appeared at the above entitled Court and states that the above named Defendant(s) owes the Plaintiff the sum of $ 5000 which became due or owing on 9/23/2014 (date).

The amount owing is for:
- Auto Damages ___
- Wages ___
- Rent Deposit ___
- Property Damage ___
- Date of Accident ___
- Back Rent ___
- Goods Sold ___
- Other ___ TCPA, WCFA

_____
Plaintiff Signature / Title (if filing on behalf of Partnership, LLC, PLCC, Corporation)

Subscribed and sworn to before me this 23RD day of SEPTEMBER, 2014.

_____
Court Clerk/Notary

State of Washington }
                    } ss:
County of Cowlitz   }

To: MIDLAND CREDIT MANAGEMENT, Defendant(s). This claim for $ 5000 has been filed against you. You are required to deny this claim either in person or in writing. Your denial to the claim must be received no later than 4:30 P.M. on 10/23/14.

If your answer is that you do not owe all or part of the money that is claimed, the case will be set for hearing at a later date. **IF YOU FAIL TO APPEAR AND ANSWER THE CLAIM, A DEFAULT JUDGMENT WILL BE ENTERED AGAINST YOU FOR THE AMOUNT OF THE CLAIM PLUS COURT COSTS.**

The District Court is located on the second floor of the Hall of Justice, 312 SW First, Kelso, WA 98626. Office hours are 8:30 A.M. to 5:00 P.M., Monday through Friday except legal holidays.

Issued: 9/28/14        Clerk: _____

Exhibit 1
Page 1 of 2

White – Court Copy   /   Yellow – Defendant's Copy   /   Pink – Plaintiff's Copy



Exhibit 1
Page 2 of 2