The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| TIMOTHY DIETZ,<br><br>    Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>    Defendant. | Case No. 3:14-cv-05837-RBL<br><br>**REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR MORE DEFINITE STATEMENT**<br><br>NOTED ON MOTION CALENDAR: November 14, 2014 |

Plaintiff's response to Defendant's Motion for More Definite Statement was due by November 10, 2014. *See* LRC 7(d)(3). That due date has passed. The docket does not show that plaintiff filed any response, much less a timely one. Accordingly, defendant's motion is unopposed. The court, therefore, should grant defendant's unopposed motion and order plaintiff to provide a more definite statement of his alleged claim. *See* LRC 7(b)(2).

DATED: November 14, 2014

                                     COSGRAVE VERGEER KESTER LLP

                                     ***/s/Robert E. Sabido***
                                     Robert E. Sabido, WSBA No. 29170
                                     rsabido@cosgravelaw.com
                                     888 SW Fifth Avenue, Suite 500
                                     Portland, OR 97204
                                     Telephone: (503) 323-9000
                                     Fax: (503) 323-9019
                                     Attorneys for Defendant

Page 1 -   **REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR MORE DEFINITE STATEMENT**

2185057.docx

**COSGRAVE VERGEER KESTER LLP**
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, OR 97204
(503) 323-9000

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2014, I electronically filed the foregoing **REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR MORE DEFINITE STATEMENT** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Timothy Dietz
3501 S 38th Street #Y69
Tacoma, WA 98409
    Plaintiff *Pro Se*

DATED:  November 14, 2014


                                /s/Robert E. Sabido
                                Robert E. Sabido

Page 1 - **CERTIFICATE OF SERVICE**

2185057.docx

COSGRAVE VERGEER KESTER LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, OR 97204
(503) 323-9000