The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| TIMOTHY DIETZ,<br><br>               Plaintiff,<br>       v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>               Defendant. | Case No. 3:14-cv-05837-RBL<br><br>**ORDER GRANTING<br>DEFENDANT'S MOTION FOR<br>MORE DEFINITE STATEMENT** |

The court has considered the parties' briefing and arguments on defendant

Midland Management Group, Inc.'s ("Midland") motion for more definite statement.

IT IS ORDERED:

1.     Midland's motion for more definite statement is GRANTED

2.     Plaintiff shall file an amended complaint with a more definite statement of

his claim that complies with federal pleading standards, within 14 days

from the date of this order.

DATED: November 25, 2014

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Page 1 - Order for More Definite Statement

Dietz order definite statement.doc

Presented by:

Robert E. Sabido, WSBA No. 29170
rsabido@cosgravelaw.com
COSGRAVE VERGEER KESTER LLP
888 SW Fifth Avenue, Suite 500
Portland, OR 97204
Telephone: (503) 323-9000
Attorneys for Defendant

Page 2 - Order for More Definite Statement

Dietz order definite statement.doc